# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willie Andrew Coleman,

       Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                     3:06-cv-10-3-MU

USA

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 12, 2006 Order.

**Signed: January 13, 2006**

Frank G. Johns, Clerk
United States District Court